IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY C. SUNKE,

    Plaintiff,

    v.

Case No. 17-cv-866-bbc

FOX LAKE CORRECTIONAL INSTITUTION,
DAVID STONEFELD AND
CANDACE WHITMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/1/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |